[No. 9524-2-I. Division One. April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
JAMES PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-02256-5, Jerome M. Johnson, J., entered
November 10, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Callow and Ringold, JJ.

[No. 9805-5-I. Division One. April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
N. LANG, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-1-00080-7, Dennis J. Britt, J.,
entered December 17, 1980. *Affirmed* by unpublished opin-
ion per Andersen, C.J., concurred in by Corbett and Ring-
old, JJ.

[No. 8565-4-I. Division One. April 12, 1982.]

MALCOLM D. KATZ, *Respondent,* v. CHG INTER-
NATIONAL, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 847942, Carolyn R. Dimmick, J., entered Feb-
ruary 25, 1980. *Affirmed* by unpublished opinion per Dur-
ham, J., concurred in by Andersen, C.J., and James, J.

[No. 8776-2-I. Division One. April 12, 1982.]

E. H. KNAPP, JR., ET AL, *Respondents,* v. GLENORA
E. PIGOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-01849-0, Lawrence Leahy, J. Pro Tem.,
entered April 24, 1980. *Affirmed* by unpublished per curiam
opinion.